UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------
Philip Zhang,
    Plaintiffs,

                    ORDER

-vs-
                      CV-05-3888(FB)(LB)

Helian Wang, et. al.
    Defendants.
-------------------------------------------------

        On August 26, 2005 the Court heard oral argument on plaintiff's motion for a preliminary injunction, in open court, on the record with all counsel present. For the reasons stated on the record at oral argument, it is

        HEREBY ORDERED that plaintiff's motion for a preliminary injunction is DENIED., and the case is referred to Magistrate Judge Bloom for all pre-trial matters.

                      SO ORDERED.

                      _____
                      UNITED STATES DISTRICT JUDGE


DATED: Brooklyn, N.Y.
         August 29, 2005

CC.; Philip Zhang, Esq.
    Norman Kline, Esq.
    Jiwei Zhao, Esq.