UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------

**Philip Zhang,**

               Plaintiff,

 -vs-

**Helian Wang,** et. al.,

               Defendats.

ORDER

CV-05-3888(FB)(LB)

------------------------------------

    On September 8, 2005 the pro se defendants filed and served on pro se plaintiff a motion to dismiss his complaint. Accordingly it is

    HEREBY ORDERED that the pro se plaintiff shall file and serve his opposition by _October 7, 2005_. Failure to do so will result in the Court deciding this motion on the papers already filed or dismissing this action for failure to prosecute..

    The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       September 21, 2005

                                          U.S.D.J.

cc.: Philip Zhang, Esq., pro se plaintiff
     Norman Kline, Esq., pro se defendant